NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


VICTOR SCROGGINS,                          )
                                           )
              Appellant,                   )
                                           )
v.                                         )       Case No. 2D18-664
                                           )
STATE OF FLORIDA,                          )
                                           )
              Appellee.                    )
_____)

Opinion filed November 21, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Collier
County; Hugh D. Hayes, Judge.

Victor Scroggins, pro se.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Shane Weaver, Senior
Assistant Attorney General, West Palm
Beach, for Appellee.


PER CURIAM.


              Affirmed.


KELLY, VILLANTI, and MORRIS, JJ., Concur.